1  MELINDA L. HAAG (CABN 132612)
   United States Attorney

2

3  J. DOUGLAS WILSON (DCBN 412811)
   Chief, Criminal Division

4  JOSEPH FAZIOLI (CABN 275564)
   Assistant United States Attorney

5

6  150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5595

7  Facsimile: (408) 535-5066
   joseph.fazioli@usdoj.gov

8

9  Attorneys for the United States

10                 UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                       SAN JOSE DIVISION

13

14  UNITED STATES OF AMERICA,        )   No. CR 09-00717 RMW
                                     )
15         Plaintiff,                )   STIPULATION AND []
                                     )   ORDER CONTINUING STATUS
16      v.                           )   CONFERENCE
                                     )
17                                   )
    MARIA BARBOSA,                   )
18                                   )
           Defendant.                )
19                                   )

20       The government and defendant Maria Barbosa hereby stipulate and jointly request that

21  the status conference currently set for June 24, 2013 be continued to July 1, 2013 to

22  accommodate scheduling conflicts for both government and defense counsel.  The parties have

23  conferred with Pretrial Services Officer LaDreena Walton, who agrees with the proposed

24  continuance.

25       In light of the above, the parties agree, and the Court finds and holds, as follows:

26  1.   The current June 24, 2013 status conference is hereby vacated.

27  //

28  //

STIPULATION AND ] ORDER
CR 09-00717 RMW

1  2.      This matter is set for status conference on July 1, 2013, at 9:00 a.m.

SO STIPULATED:

DATED:    6/13/13                    /s/
                                     PETER LEEMING
                                     Defense Counsel


DATED:    6/13/13                    /s/
                                     JOSEPH FAZIOLI
                                     Assistant United States Attorney


IT IS SO ORDERED.

DATED:   Î☒F☒H                       _Ronald M. Whyte_
                                     RONALD M. WHYTE
                                     UNITED STATES DISTRICT JUDGE

STIPULATION AND ] ORDER
CR 09-00717 RMW