MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

JOSEPH FAZIOLI (CABN 275564)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5595
    FAX: (408) 535-5066
    joseph.fazioli@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 09-00717 RMW |
|     Plaintiff, | ) |
| | ) STIPULATION AND [] ORDER |
| v. | ) CONTINUING STATUS CONFERENCE |
| | ) |
| MARIA BARBOSA, | ) Date: October 7, 2013 |
|     Defendant. | ) Time: 9:00 a.m. |
| | ) |
| | ) |

    The government and defendant Maria Barbosa hereby stipulate and jointly request that the status conference currently set for October 7, 2013 be continued to October 17, 2013 to accommodate scheduling conflicts for counsel as well as to allow additional time for the processing of a potential dismissal pursuant to the diversion agreement in this case.

    In light of the above, the parties agree, and the Court finds and holds, as follows:

1.     The current October 7, 2013 status conference is hereby vacated.

//

2. This matter is set for status conference on October 17, 2013, at 9:00 a.m.

SO STIPULATED:

DATED:_____10/4/13_____     _____/s/_____
                                PETER LEEMING
                                Defense Counsel


DATED:_____10/4/13_____     _____/s/_____
                                JOSEPH FAZIOLI
                                Assistant United States Attorney


IT IS SO ORDERED.

DATED:_____        _____/s/ Ronald M. Whyte_____
                                RONALD M. WHYTE
                                UNITED STATES DISTRICT JUDGE