1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  JOSEPH FAZIOLI (CABN 275564)
   Assistant United States Attorney
5
       150 Almaden Boulevard, Suite 900
6      San Jose, California 95113
       Telephone: (408) 535-5595
7      FAX: (408) 535-5066
       joseph.fazioli@usdoj.gov
8
   Attorneys for United States of America
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                           SAN JOSE DIVISION

13

14 UNITED STATES OF AMERICA,          ) CASE NO. CR 09-00717 RMW
                                      )
15       Plaintiff,                   ) NOTICE OF DISMISSAL
                                      )
16    v.                              )
                                      )
17 MARIA GUADALUPE BARBOSA,           )
         Defendant.                   )
18 _____    )

19

20     With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United

21 States Attorney for the Northern District of California dismisses the above indictment against defendant

22 Maria Guadalupe Barbosa without prejudice; defendant successfully complied with the terms of her

23 //
24 //
25 //
26 //
27 //
28

NOTICE OF DISMISSAL
CR 09-00717 RMW

1  pretrial diversion.

2

3  DATED:  10/25/13                              Respectfully submitted,

4                                                MELINDA HAAG
                                                  United States Attorney
5

6                                                _____/s/_____
                                                  JEFF NEDROW
7                                                 Chief, San Jose Office

8     Leave is granted to the government to dismiss the indictment.

9
   Date: FGDFFDFH                                *Ronald M. Whyte*
10                                                _____
                                                  RONALD M. WHYTE
11                                                UNITED STATES DISTRICT JUDGE

12  V@Áå^-^}åæ}œÁ|æ•][¦oÁ@æ¶|å^Á^čv|}^åÁ¶[Á@v|å^ÁÁWÈUEÁU|^čãåÁU^|çã•ÈÁÁ

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF DISMISSAL
CR 09-00717 RMW